UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| D.T.G.,<br><br>         Petitioner,<br><br>     -against-<br><br>WILLIAM P. JOYCE, Acting Director, New York City Field Office, U.S. Immigration and Customs Enforcement; PAUL ARTETA, Director of the Orange County Correctional Facility; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; SIRCE E. OWEN, Acting Director, Executive Office for Immigration Review, U.S. Department of Justice; and PAMELA BONDI, United States Attorney General,<br><br>         Respondents. | Case No. 1:25-cv-02161 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  Having been advised at Dkt. 11 that Petitioner was released by Immigration and Customs Enforcement (ICE) pursuant to an Order of Release on Recognizance on Sunday, March 16, and that the parties agree that the expedited schedule set forth in the Court's prior Order to Show Cause at Dkt. 6 is unnecessary, the Court will adjourn the deadlines set forth in paragraphs 1 through 3 of the Order to Show Cause *sine die*. The parties are directed to provide a status update by **March 24, 2025**, updating the Court as to the parties' discussions and whether judicial intervention is required. The Court also grants Respondents' letter motion to seal Dkt. 10, since it was inadvertently filed with nonredacted sensitive or confidential information. *See* Dkt. 12.

The Clerk of Court is respectfully requested to terminate the motions at Dkts. 10 and 11, and 12.

Dated: March 18, 2025
      New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge