

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 7, 2025

By ECF
Hon. Jennifer L. Rochon
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007

*The Court appreciates the update. An additional status update shall be due **April 21, 2025**.*

Date:   April 8, 2025
        New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:   *D.T.G. v. Joyce*, 25 Civ. 2161 (JLR)

Dear Judge Rochon:

    This Office represents the Respondents in the above-referenced habeas corpus action brought by Petitioner D.T.G. I write respectfully on behalf of the parties to provide a status update in accordance with the Court's March 25, 2025, Order. ECF No. 15.

    As the parties previously informed the Court, on March 16, Petitioner was released by ICE pursuant to an Order of Release on Recognizance, and he remains at liberty. At a later appointment on Monday, March 31, Petitioner's supervision was changed from an ankle monitor to a tracking application installed on his phone under ICE's Intensive Supervision Appearance Program.

    The parties have conferred as to next steps in this matter, and the parties are preparing a stipulation resolving this matter that they intend to submit to the Court as soon as practicable. Consequently, the parties respectfully request that the Court permit the parties to submit a further status update by Monday, April 21, in the event a stipulation is not submitted prior to that date.

    We thank the Court for its consideration of this letter.

    Respectfully submitted,

    MATTHEW PODOLSKY
    Acting United States Attorney

By:   s/ Anthony J. Sun
    ANTHONY J. SUN
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Telephone: (212) 637-2810
    E-mail: anthony.sun@usdoj.gov
    *Attorney for Respondents*

cc:   Counsel of record (via ECF)